## PAYNE and HARRISON *v.* SAME.

APPEAL from the Fourth District Court of New Orleans, *Strawbridge*, J. By the court:

ROST, J. This case is identical with that of *Oakey and Hawkins* v. *The Executors of Gordon*; and, for the reasons therein given, the judgment must be affirmed.